DISPOSITION OF PETITIONS FOR CERTIORARI TO THE COURT OF APPEALS

STATE v. JOHNSON

   No. 20.

   Case below: 20 N.C. App. 53.

   Motion of Attorney General to dismiss appeal for lack of substantial constitutional question allowed 5 February 1974.

STATE v. JUAN

   No. 133 PC.

   Case below: 20 N.C. App. 208.

   Petition for writ of certiorari to North Carolina Court of Appeals denied 5 February 1974.

STATE v. LAWSON

   No. 137 PC.

   Case below: 20 N.C. App. 171.

   Petition for writ of certiorari to North Carolina Court of Appeals allowed 5 February 1974.

STATE v. McCLINTON

   No. 15.

   Case below: 19 N.C. App. 734.

   Motion of Attorney General to dismiss appeal for lack of substantial constitutional question allowed 9 January 1974.

STATE v. MATTHEWS

   No. 143 PC.

   Case below: 20 N.C. App. 297.

   Petition for writ of certiorari to North Carolina Court of Appeals denied 5 February 1974.